**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Philippa Kirsten Tacla

Plaintiff,

v.

Case No.: 1:26−cv−11850
Honorable John Robert Blakey

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable John Robert Blakey: Based upon the notice of voluntary dismissal [12], this case is dismissed without prejudice under Rule 41(a). If Plaintiff seeks to refile this matter against any of the named defendants, it must identify this case number as a related case on any new civil cover sheet. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.